478 A.2d 76

Commonwealth v. Pizza, Appellant.

Submitted April 2, 1984. Barnaby Wittels, for appellant; Jane C. Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment affirmed.

WIEAND, J., concurred in the result.

478 A.2d 77

Commonwealth v. Ponte, Appellant.

Submitted April 2, 1984. Barry H. Oxenburg, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.